Jeffrey I. Hasson
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Washington State Bar No. 23741
Attorney for Asset Systems, Inc.

Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSEPH and RENNY FANGSRUD VON ESCH,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGACY SALMON CREEK HOSPITAL, et al.,<br><br>Defendants. | Case No.: 3:16-CV-05842-RBL<br><br>WITHDRAWAL OF THE FILING OF ASSET'S REPLY TO PLAINTIFFS' RESPONSES TO ASSET SYSTEMS, INC.'S MOTIONS IN LIMINE |

Pursuant to LCR 7 (d) (4), Defendant Asset Systems, Inc. ("Asset") withdraws the filing of its reply to Plaintiffs' Response to Asset's Motions in Limine [Dkt. # 98] but Asset reserves all arguments made therein, and will incorporate appropriate arguments in Asset's trial brief.

Dated: August 16, 2019.

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Hasson Law, LLC
Attorney for Asset

WITHDRAWAL OF THE FILING OF ASSET'S REPLY TO PLAINTIFFS' RESPONSES TO ASSET SYSTEMS, INC.'S MOTIONS IN LIMINE -- Page 1
Case No.: 3:16-CV-05842-RBL

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

## Certificate of Service

I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Robert Mitchell, SaraEllen Hutchison, Aaron Paul Riensche (attorney for dismissed party), William F. Malaier, Jr. (attorney for dismissed party) and I hereby certify on that I mailed by United States Postal Service the document to the following:

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Attorney for Asset
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

CERTIFICATE OF SERVICE -- Page 1
Case No.: 3:16-CV-05842-RBL

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124