UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH and RENNY
FANGSRUD VON ESCH,           CASE NUMBER:  C16-5842RBL

    Plaintiffs,

    v.                           JUDGMENT IN A CIVIL CASE

ASSET SYSTEMS, INC.

    Defendant.

\_\_\_\_  Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant ASSET SYSTEMS, INC.'s motion for directed verdict is GRANTED.  This case is DISMISSED WITH PREJUDICE.

September 16, 2019                              WILLIAM M. McCOOL
                                                CLERK

                                                _____
                                                Deputy Clerk