Jeffrey I. Hasson  
Hasson Law, LLC  
9385 SW Locust Street  
Tigard, OR 97223  
Phone: (503) 255-5352  
Facsimile: (503) 255-6124  
E-Mail: hasson@hassonlawllc.com  
Washington State Bar No. 23741  
Attorney for Asset Systems, Inc.  

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSEPH and RENNY FANGSRUD VON ESCH,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>LEGACY SALMON CREEK HOSPITAL, et al.,<br><br>　　Defendants. | Case No.: 3:16-CV-05842-BHS<br><br>ASSET SYSTEMS, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF ASSET'S MOTION FOR ATTORNEY FEES AND COSTS<br><br>NOTE ON THE MOTION CALENDAR: January 20, 2021 |

Defendant Asset Systems, Inc. ("Asset") files this supplemental reply to advise the Court that Plaintiffs have not filed a supplement to their opposition to Asset's Motion for Attorney Fees and Costs [Dkt. # 135] ("Asset's Motion") by January 13, 2021 as required by the Court's Order. Dkt. # 161.  Thus, Asset's Motion, which was re-noted by the Court to January 20, 2021, is fully briefed and at issue, and shows why sanctions are appropriate.  However, Plaintiffs; attorneys recent conduct further supports the need for sanctions against Plaintiffs' attorneys.

Notably, Plaintiffs did not supplement their response to add what they called the facts and realities brought to light during the appeal—the reason that this Court allowed Plaintiffs to file a

ASSET SYSTEMS, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF ASSET'S MOTION FOR ATTORNEY FEES AND COSTS -- Page 1  
Case No.: 3:16-CV-05842-BHS

Hasson Law, LLC  
Attorneys at Law  
9385 SW Locust Street  
Tigard, OR 97223  
Telephone No. (503) 255-5352  
Facsimile No. (503) 255-6124

supplement to their opposition to Asset's Motion for Attorney Fees and Costs.  See Dkt. # 161.  By failing to file a supplement to their response, Plaintiffs' attorneys must acknowledge that there were no facts or realities that arose during the appeal that will influence this Court's opinion of Asset's Motion as represented to this Court by Plaintiffs' attorneys.  See Dkt. # 159, p. 1 and p. 2.

Plaintiffs' attorneys conduct in asking for the opportunity to file a supplemental response after having already responded with a 12 page response (the page limit allowed for a response by LCR 7(e)), and then not filing the supplemental response needlessly increased the cost of litigation to Asset, and needlessly wasted this Court's time.

Further, this is the second time since Judge Settle was assigned this case that Plaintiffs' attorneys have failed to comply with a Court deadline.  Plaintiffs failed to file their response to Defendant's Motion to Remove Stay [Dkt. # 159] by the deadline of November 9, 2020.  Instead, that document was filed on November 10, 2020 after Asset notified the Court that Plaintiffs had not filed opposition to Asset's Motion to Lift Stay.  See Dkt. # 158.

Plaintiffs' attorneys continued failure to adhere to Court and rule deadlines, and failure to file with the Court evidence of allegations that Plaintiffs' attorney represent are true further supports the need for this Court to impose sanctions on Plaintiffs' attorneys.

Asset would speculate that Plaintiffs' attorneys will try to file a supplemental response after receiving this reply.  Plaintiffs' attorneys filed a late response without a motion to extend the time with regard to Asset's Motion to Lift Stay.  See Dkt. # 159.  Asset would request that the Court summarily deny such a request by Plaintiffs' attorneys to prevent or strike the filing.  Plaintiffs' attorneys could have requested an extension before the deadline expired if an extension were necessary.  No extension was requested prior to the expiration of the deadline.  Asset should not be required to incur additional attorney fees when Plaintiffs' attorneys fail to follow the Court's order.  Asset reserves the right to supplement this reply if Plaintiffs file an untimely response.

ASSET SYSTEMS, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF ASSET'S MOTION FOR ATTORNEY FEES AND COSTS -- Page 2
Case No.: 3:16-CV-05842-BHS

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   Asset requests the Court allow Asset's Motion.

2   Dated:  January 14, 2021.

3                                s/ Jeffrey I. Hasson
    Jeffrey I. Hasson, WSBA#23741
4   Hasson Law, LLC
    Attorney for Asset

ASSET SYSTEMS, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF ASSET'S MOTION FOR ATTORNEY FEES AND COSTS -- Page 3
Case No.: 3:16-CV-05842-BHS

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

| | |
|---|---|
| 1 | Certificate of Service |
| 2 | I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  Robert Mitchell, SaraEllen Hutchison  and I hereby certify on that I mailed by United States Postal Service the document to the following: |

        s/ Jeffrey I. Hasson
        Jeffrey I. Hasson, WSBA#23741
        Attorney for Asset
        Hasson Law, LLC
        9385 SW Locust Street
        Tigard, OR 97223
        Phone: (503) 255-5352
        Facsimile: (503) 255-6124
        E-Mail: hasson@hassonlawllc.com

CERTIFICATE OF SERVICE -- Page 1
Case No.: 3:16-CV-05842-BHS

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124